No. 3727.—El Pueblo, apldo., v. Vega Ledee, aplte.—C. D. Guayama. ▮▮▮▮▮▮▮▮▮▮▮▮ Feb. 21, 1929. Celebrada la vista de esta apelación en la que la única alegación del acusado para que revoquemos la sentencia dictada

contra él es que no está sostenida por la prueba, sin que nos haya presentado exposición del caso o transcripción taquigráfica de la evidencia aprobada por la corte sentenciadora, por lo que no estamos en condiciones de resolver la cuestión propuesta, debemos confirmar la sentencia apelada dictada en este caso el 23 de noviembre de 1928.